**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

C. Kathryn Preston
United States Bankruptcy Judge

**Dated: September 15, 2010**

---

**United States Bankruptcy Court for the
Southern District of Ohio, Eastern Division
Columbus Divisional Office**

IN RE:

Gwynnith Coleman

Debtor(s) /

Case No. 98-56566
Chapter 13
Judge Donald E Calhoun Jr

**ORDER FOR RELEASE OF UNCLAIMED FUNDS**

**IT APPEARING THAT** the amount of $1,312.28 constituting unclaimed funds due to Ameriquest Mortgage Co., claimant in the above-referenced case, are on deposit with the United States Treasury.

**IT ALSO APPEARING THAT** Dilks & Knopik, LLC, Attorney in Fact for Claimant, has furnished an Application for Release of Unclaimed Funds (Docket # 28) and the required documentation for release of unclaimed funds and has complied with the provisions of 28 U.S.C. Section 2024. The last four digits of the social security number of the claimant (or federal tax i.d. number if claimant is a corporation) has been provided. If applicant is a funds locator, a Power of Attorney granting authority to petition the Court to collect funds on behalf of the claimant has been filed.

**THEREFORE, IT IS HEREBY ORDERED THAT** the Clerk of Court shall pay the unclaimed funds in the amount of $1,312.28 to the order of Ameriquest Mortgage Company c/o Dilks & Knopik, LLC and mail the check to P.O. Box 2728, Issaquah, WA 98027.

Service List:
US Attorney, Southern District of Ohio, 303 Marconi Boulevard – Suite 200, Columbus, OH 43215
Office of the US Trustee, 170 N. High Street, Suite 200, Columbus, OH 43215
Gwynnith Coleman, Debtor, 6660 BELLESHIRE ST, COLUMBUS OH 43229-1510
Frank M Pees, Case Trustee, 130 East Wilson Bridge Road #200, Worthington, OH 43085
Lloyd D Cohen, Debtors Attorney, 824 S High Street, Columbus, OH 43206
Dilks & Knopik, LLC, Attorney-in-Fact for Ameriquest Mortgage Company, PO Box 2728, Issaquah, WA 98027

###